IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-132-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   JAY STUART DEVAUGHN,**

        Defendant.

---

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

---

Judge John L. Kane **ORDERS**

This matter is before the court on Defendant's Notice of Disposition (doc. #14), filed April 22, 2010.  It is

**ORDERED** that a **Change of Plea Hearing** is set for **May 13, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on May 11, 2010.  The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing.  It is

**FURTHER ORDERED** that the 10-day jury trial set for May 10, 2010, is **VACATED.** The Motions Hearing/Final Trial Preparation Conference set for April 30, 2010 is likewise **VACATED**.

---

Dated:  April 22, 2010