**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00132-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAY STUART DEVAUGHN,

        Defendant.

---

**ORDER FOR PSYCHIATRIC AND PSYCHOLOGICAL EVALUATIONS AND REPORTS**

---

        The Court ordered at the time of the Rule 11 Hearing that the defendant undergo both a psychological and psychiatric evaluation and that psychological and psychiatric reports be filed prior to sentencing, pursuant to 18 U.S.C. § 3552(b).  Therefore, it is now

        ORDERED that Richard Vandenbergh, M.D., 1777 South Harrison Street, Suite P-300, Denver, Colorado 80210, shall conduct a psychiatric evaluation of the defendant and shall file a report with copies for defense counsel and the government.

        ORDERED that Jane M. Wells, PhD., 2500 30th Street, Suite 301, Boulder, Colorado 80301, shall conduct a psychological evaluation of the defendant and shall file a report with copies for defense counsel and the government, and it is

        FURTHER ORDERED that the Probation Office release a copy of the defendant's Pretrial Services Report and all available psychological and psychiatric records to Dr. Vandenbergh and Dr. Wells.

        DATED at Denver, Colorado, this 1st day of September, 2010.

                              BY THE COURT:

                              ***s/John L. Kane***
                              JOHN L. KANE
                              Senior United States District Judge