IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-00132-JLK**
**10-cr-00254-JLK**
**10-cr-00379-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1. JAY STEWART DEVAUGHN,**

        Defendant.

MINUTE ORDER

**Judge John L. Kane, ORDERS**

        Pursuant to Fed. R. Crim. P. 32(h), before I may depart from the sentencing guidelines on a ground not identified for departure in either the pre-sentence report or in a party's prehearing submission, I am required to give the parties reasonable notice that I am contemplating such a departure. Although it is not entirely clear that the sentence I am considering constitutes a departure from the guidelines requiring such notice, *see Irizarry v. United States*, 553 U.S. 708, 713-16 (2008), out of an abundance of caution I think it prudent to provide the required notice to the parties in this case.

        The parties should be aware that based on the Defendant's history of mental illness and his past difficulties in maintaining the regimen of medications that control his condition, I am considering sentencing him to consecutive terms of incarceration and probation pursuant to 18 U.S.C. § 3584. Specifically, I am considering such a sentence because I think that any sentence I

impose should maximize the time that Defendant may be required to receive medical treatment and take his prescribed medications.

In light of this notice, the sentencing hearing currently scheduled for 10:00 a.m. on January 21st, 2011 is CONTINUED until 10:00 a.m. on January 28th, 2011.

DATED:  January 20, 2011