IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-00132-JLK**
**10-cr-00254-JLK**
**10-cr-00379-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1. JAY STEWART DEVAUGHN,**

        Defendant.

## MINUTE ORDER

**Judge John L. Kane, ORDERS**

As clarification for my earlier Minute Order providing Rule 32(h) notice of my intent to depart from the U.S. Sentencing Guidelines (docs.36, 18, and 17), I am considering two potential sentencing options: consecutive terms of incarceration followed by a period of supervised release and consecutive terms of incarceration and probation.

DATED:  January 20, 2011