IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-00132-JLK**
**10-cr-00254-JLK**
**10-cr-00379-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1. JAY STEWART DEVAUGHN,**

        Defendant.

MINUTE ORDER

**Judge John L. Kane, ORDERS**

At Defendant's sentencing hearing on January 28, 2011, the government moved for and I granted a hearing on the issue of restitution, pursuant to 18 U.S.C. § 3664(d)(5). Such hearing will be held on **March 3, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. In order to frame the issues for that hearing and to ensure that the parties and the court are fully prepared, a pre-hearing conference is set for **February 16, 2011 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

DATED: January 31, 2011